IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| HARLAN LEHMAN and<br>MARIE LEHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>NETWORK HEALTH PLAN,<br>UNITED STATES DEPT. OF HEALTH<br>AND HUMAN SERVICES, and<br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>Involuntary Plaintiffs,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY,<br>ABC INSURANCE CO., HONEYWELL<br>INTERNATIONAL, INC., and XYZ<br>INSURANCE CO.,<br><br>Defendants. | Case No.: 2:19-cv-157 |

**STIPULATION FOR VOLUNTARY DISMISSAL OF
PLAINTIFF MARIE LEHMAN AND INVOLUNTARY PLAINTIFF
UNITED STATES DEPT. OF HEALTH AND HUMAN SERVICES**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate that Marie Lehman may be voluntarily dismissed from the above-captioned matter without prejudice and without fees or costs to any party. In addition, the parties stipulate that the United States Dept. of Health and Human Services may be dismissed without prejudice and without fees or costs to any party.

1

Dated: 04/16/19                    ATTERBURY, KAMMER & HAAG, S.C.

By: s/Eric J. Haag
Eric J. Haag, WI Bar No. 1026958
ehaag@wiscinjurylawyers.com
8500 Greenway Boulevard, Suite 103
Middleton, Wisconsin 53562
Tel.: (608) 821-4600
Fax: (608) 821-4610

**Attorneys for Plaintiffs Harlan Lehman and Marie Lehman**

Dated: 04/16/19                    U.S. DEPARTMENT OF JUSTICE

By: s/Lisa Warwick
Lisa T. Warwick, WI Bar No. 1017754
lisa.warwick@usdoj.gov
US Attorneys Office Eastern District Civil
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202-4509
Tel.: 414-297-1700
Fax: 414-297-4394

**Attorneys for Involuntary Plaintiff United States Department of Health and Human Services**

Dated: 04/16/19                    YOST & BAILL, LLP

By: s/Teirney S. Christenson
Teirney S. Christenson, WI Bar No. 1056438
tchristenson@yostbaill.com
Phillip C. Theesfeld, WI Bar No. 1021441
ptheesfeld@yostbaill.com
2675 North Mayfair Road, Suite 600
Milwaukee, WI 53226
Tel.: (414)203-2054
Fax: (414)259-0610

**Attorneys for Involuntary Plaintiff, American Family Mutual Insurance Company**

| | |
|---|---|
| Dated: 04/16/19 | FALK LEGAL GROUP |

By:   s/Christopher L. Rexroat
Christopher L. Rexroat, WI Bar No. 1021518
crexroat@falklegal.com
740 North Plankinton Avenue, Suite 800
Milwaukee, WI 53203
Tel.: (414)316-2120
Fax: (414)316-2137

**Attorneys for Involuntary Plaintiff Network Health Insurance Corporation**

| | |
|---|---|
| Dated: 04/16/19 | STINSON, LEONARD, STREET, LLP |

By:   s/Kadee Anderson
Jeannine L. Lee, MN Bar No. 012929X
Jeannine.lee@stinson.com
Kadee Anderson; MN Bar No. 0389902
Kadee.Anderson@stinson.com
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel.: (612) 335-1500
Fax: (612) 335-1657

**Attorneys for Defendant Honeywell International, Inc.**

| | |
|---|---|
| Dated: 04/16/19 | FRILOT, LLC |

By:  s/David A. Olson
David A. Olson (LA Bar No. 10202 – *pro hac vice* admission pending)
dolson@frilot.com
Joseph E. Lee, III (LA Bar No. 26968 – *pro hac vice* admission pending)
jlee@frilot.com
1100 Poydras Street, Ste. 3700
New Orleans, LA 70163
Tel.: 504-599-8000
Fax: 504-599-8100

**Attorneys for Defendant Rheem Manufacturing Company**

3