UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HARLAN LEHMAN,

    Plaintiff,

v.                                                                            Case No. 19-cv-157-pp

NETWORK HEALTH PLAN,
and AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Involuntary Plaintiffs,

v.

RHEEM MANUFACTURING COMPANY,
ABC INSURANCE COMPANY,
HONEYWELL INTERNATIONAL, INC.,
and XYZ INSURANCE COMPANY,

    Defendants/Third-Party Plaintiffs,

v.

LAKES GAS CO.,

    Third-Party Defendant.

---

## ORDER DISMISSING CASE

---

The parties have filed a joint motion for dismissal with prejudice. Dkt. No. 58. The court **GRANTS** the motion for dismissal and **ORDERS** that this case—including all complaints, third-party complaints, and cross-claims—is **DISMISSED with prejudice**. Each party is to bear its own costs.

Dated in Milwaukee, Wisconsin this 6th day of October, 2020.

                                              BY THE COURT:

                                              _____
                                              HON. PAMELA PEPPER
                                              **United States District Judge**